

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Steven Derek Phiffer,

* From the County Court at Law
of Midland County
Trial Court No. CR154957.

Vs. No. 11-17-00210-CR

* July 12, 2018

The State of Texas,

* Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.